IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3649

MELVIN JOINER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.

Melvin Joiner, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.